# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JAMES MILTON BOYD,**

**-vs-**                                                            **Case No.  6:10-cv-1441-Orl-31KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

_____

## ORDER

This cause comes before the Court on the Complaint filed by Plaintiff on September 28, 2010 (Doc. No. 1), for judicial review of the final decision of the Commissioner of the Social Security Administration (the Commissioner) to deny his claim for social security benefits.

On November 18, 2011, the United States Magistrate Judge issued a report (Doc. No. 18) recommending that the Commissioner's decision be affirmed. No objections have been filed. Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.     The decision of the Commissioner of Social Security is **AFFIRMED**.

3.     The Clerk is directed to enter judgment in accordance with this order and thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on this 5th day of December, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE